No. 86–5194. FOSTER v. BLACK ET AL. C. A. 8th Cir. Certiorari denied.

No. 86–5195. PATTERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–5196. CALKINS v. SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 86–5197. CABRERA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–5199. TURNER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–5200. MABERY v. HOLLOWAY ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–5203. COMICZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–5204. FARMER v. DILLION. C. A. 6th Cir. Certiorari denied.

No. 86–5205. JOHNSON v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 86–5208. COATS v. ARMSTRONG. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 86–5212. BECKER v. NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–5213. GAHAN v. AMERICAN RED CROSS ET AL. Sup. Ct. Va. Certiorari denied.

No. 86–5214. ENRIQUEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–5215. KANUSE v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 86–5216. ADOLPH v. LEHMAN BROTHERS KUHN LOEB, INC., ET AL. C. A. 9th Cir. Certiorari denied.